# collinslegal

1323 Broadway, Suite 800
Detroit, MI 48226
(313) 963-2303
Fax (313) 963-2312

Jeffrey G. Collins
Attorney

July 30, 2021

Peter Carter, Chief Legal Counsel
Delta Airlines, Inc.
1030 Delta Blvd
Atlanta, GA 30320

Re: **United States of America v Brian Benderoff, Case No. 20-cr-20380**

Dear Mr. Carter,

I represent Brian Benderoff in the above referenced case filed in the United States District Court for the Eastern District of Michigan. Enclosed please find a subpoena to produce contact information for passengers on Delta flight number 1932 on June 23, 2016. The requested documents are relevant to a pending pretrial motion.

I appreciate your attention to this matter. Please feel free to contact me with any questions.

Very truly yours,

Jeffrey G. Collins

cc: Brian Benderoff

Encl.

JGC/jgc

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 20-cr-20380 |
| D-2 Brian W. Benderoff | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: Peter Carter, Chief Legal Counsel

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

Names and last known contact information (including all phone numbers, e-mail addresses, home addresses) to all passengers on Delta flight number 1932 on June 23, 2016.

| Place: Chambers of the Hon. Nancy G. Edmunds<br>231 W. Lafayatte Blvd, Room 805<br>Detroit, MI 48226 | Date and Time: August 16, 2021 at 10:00 a.m. |
|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

*CLERK OF COURT*

Date: July 30, 2021

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Brian W. Benderoff , who requests this subpoena, are:

Attorney Jeffrey G. Collins, jcollins@collinslegal.net
1323 Broadway, Suite 800
Detroit, MI 48226 (313) 963-2303

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 2)

Case No. 20-cr-20380

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Peter Carter, Chief Legal Counsel
was received by me on *(date)*                    .

☑ I served the subpoena by delivering a copy to the named person as follows:
certified mail
                                    on *(date)* July 30, 2021 (sent); or

☐ I returned the subpoena unexecuted because: 

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$                    .

My fees are $            for travel and $            for services, for a total of $            .

I declare under penalty of perjury that this information is true.

Date: 7-30-2021

*Server's signature*

Jeffrey B. Collins, Attorney
*Printed name and title*

1321 Broadway, Suite 800 Detroit, MI 48226
*Server's address*

Additional information regarding attempted service, etc.: